UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bilal AlRayanni**                    **Docket No. 5:25-CR-113-1M**

**Petition for Action on Supervised Release**

COMES NOW Cornelius Jordan Hagins, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bilal AlRayanni, who, upon an earlier plea of guilty to Count 1- Providing Material Support to a Terrorist Organization, in violation of 18 U.S.C. § § 2339B and 2339(B)(a)(1), was sentenced by the Honorable Susan Webber Wright, United States District Court Judge on August 19, 2022, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. Bilal AlRayanni was released from custody on February 7, 2024, at which time the term of supervised release commenced in the Eastern District of Michigan.

On May 23, 2023, the Eastern District of Arkansas modified the defendant's conditions to include a search condition.

On April 23, 2024, the Eastern District of Arkansas modified the defendant's conditions of release to include computer monitoring.

On November 26, 2024, the defendant relocated to the Eastern District of North Carolina and supervision commenced.

On May 6, 2025, a Violation Report was submitted to the court in the Eastern District of Arkansas detailing the defendant's use of an unmonitored device without permission.

On May 19, 2025, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina, and he was assigned to the Honorable Chief Judge Richard E. Myers II, United States District Court Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The United States Probation Office is requesting the defendant's conditions be modified to include the standard computer monitoring conditions used in the Eastern District of North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. At the direction of the U.S. Probation Officer, 'the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

Bilal AlRayanni
Docket No. 5:25-CR-113-1M
Petition For Action
Page 2

3. The defendant shall not use, possess, or control any computer-based counter forensic tools. The defendant shall not use or have installed any programs specifically and solely designed to encrypt data, files, folders, or volumes of any media. The defendant shall, upon request, immediately provide the U.S. Probation Officer with any and all passwords required to access data compressed or encrypted for storage by any software.

4. The defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer.

5. The defendant shall submit to a search, at any time, with or without a warrant, and by any law enforcement or probation officer, of the defendant's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the defendant, or by any probation officer in the lawful discharge of the officer's supervision functions.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Jordan Hagins
C. Jordan Hagins
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2533
Executed On: May 22, 2025

ORDER OF THE COURT

Considered and ordered this 23rd day of May, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge